**EXHIBIT B**



813\1030030.1