**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DR. LAKSHMI ARUNACHALAM, | CASE NO.  2:13-cv-00589-JRG |
| Plaintiff, | |
| v. | |
| AEROPOSTALE, INC., *et. al.* | |
| Defendants. | |

**ORDER DISMISSING DEFENDANT FOOTLOCKER.COM, INC.**
**WITHOUT PREJUDICE**

In consideration of Plaintiff's Stipulation of Voluntary Dismissal pursuant to F.R.C.P. 41(a)(1)(A)(ii), (Dkt. No. 25), it is ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against Defendant are dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.  Notwithstanding the foregoing, the prevailing party in the Pi-Net Action is permitted to seek costs, expenses and fees relating to the Arunachalam Action as well as the Pi-Net Action in any future motion pursuant to 35 U.S.C. § 285.

**So ORDERED and SIGNED this 12th day of February, 2014.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE